Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>*Plaintiff*<br><br>v.<br><br>ANNAZOA-COM, BORNYSTAR US, FEINASU, FSZMAN, FYERU., GUANDUQUJIAREBAIHUODIAN, HABAHOUSHIPIN, HONGMIN, HUA LI WU JIN, MECKAI, TANGAI US, TISSUK-JJ, XIAMENHEXUNJINMAOYIYOUXIANGONGSI, XIAMENLONGYANRANMAOYI, XIANGXIANSHANGMAO, YANGZIJITUAN3621856, YIO-US, YUNRUI and YXIAOJIE-US,<br><br>*Defendants* | 23-cv-6761 (JSR)<br><br>[PROPOSED]<br>**UNSEALING ORDER** |

1

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

SIGNED this 17th day of August, 2023.
New York, New York

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE