Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC<br><br>*Plaintiff*<br><br>v.<br><br>ANNAZOA-COM, *et al.* | **CIVIL ACTION No.**<br>**23-cv-6761 (JSR)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Off-White LLC ("Off-White" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants MECKAI and tissuk-JJ in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

| | |
|---|---|
| Dated: December 19, 2023 | Respectfully submitted,<br><br>**EPSTEIN DRANGEL LLP**<br><br>BY:  /s/ Gabriela N. Nastasi<br>Gabriela N. Nastasi<br>gnastasi@ipcounselors.com<br>EPSTEIN DRANGEL LLP<br>60 East 42nd Street, Suite 1250<br>New York, NY 10165<br>Telephone:   (212) 292-5390<br>Facsimile:    (212) 292-5391<br>*Attorney for Plaintiff*<br>*Off-White LLC* |

**It is so ORDERED.**

Signed at New York, NY on December 22, 2023.

_____
Judge Jed S. Rakoff
United States District Judge