UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFF-WHITE LLC,

                Plaintiff,

-against-

ANNAZOA-COM, et al.,

                Defendants.

23-CV-06761 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Defendants Annazoa-com, FEINASU, FYERU., FSZMan, guanduqujiarebaihuodian, HONGMIN, Tangai US, xiamenlongyanranmaoyi, xiangxianshangmao, yangzijituan3621856, and YXIAOJIE-US (the "Defaulting Defendants") in this action appears to be in default. *See* Dkt. No. 28. Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-margaret-m-garnett), **within two weeks of the date of this Order**. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on the Defaulting Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

Dated: April 4, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge